1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>           Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 69.181.79.92, <br><br>           Defendant. | Case Number: 4:23-cv-03733-HSG <br><br> Honorable Haywood S. Gilliam, Jr. <br><br> **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for October 31, 2023, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until January 27, 2024 to effectuate service of a summons and Complaint on Defendant and the Telephonic Initial Case Management Conference currently scheduled for October 31, 2023 is continued to February 27, 2024 at 2:00 p.m.  The dial-in information remains the same as previously provided in docket no. 7.

**DONE AND ORDERED**.

Dated: 10/26/2023

By:
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 4:23-cv-03733-HSG